IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------x
PACIFIC GULF SHIPPING CO.,          :
                                    :
                Plaintiff,          :   CIVIL ACTION NO. H-19-CV-_____
                                    :
        v.                          :   IN ADMIRALTY
                                    :
ADAMASTOS SHIPPING & TRADING        :   UNDER SEAL
S.A., VIGOROUS SHIPPING & TRADING   :
S.A., FEARLESS SHIPPING & TRADING   :
S.A., BLUE WALL SHIPPING LTD.,      :
PHOENIX SHIPPING & TRADING S.A.,    :
THALASSA HOLDINGS S.A.,             :
ALASTOR MARINE S.A., GEORGE         :
GOURDOMICHALIS, and EFSTATHIOS      :
GOURDOMICHALIS,                     :
                                    :
                Defendants.         :
------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, certifies that Plaintiff PACIFIC GULF SHIPPING CO. is a privately-held company with no publicly traded parents or subsidiaries.

Dated: February 27, 2019
       Houston, Texas

Respectfully Submitted,

George M. Chalos, Esq.
Briton P. Sparkman, Esq.
Chalos & Co, P.C.
7210 Tickner Street
Houston, TX 77055
gmc@chaloslaw.com
bsparkman@chaloslaw.com
Telephone: (713) 574-9582

1

Facsimile: (866) 702-4577

*Attorneys for Plaintiff*