IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
-----------------------------------------------x
PACIFIC GULF SHIPPING CO.,                     :
                                               :
                        Plaintiff,             :   CIVIL ACTION NO. H-19-CV-727
                                               :
            v.                                 :   IN ADMIRALTY
                                               :
ADAMASTOS SHIPPING & TRADING                   :   UNDER SEAL
S.A., VIGOROUS SHIPPING & TRADING              :
S.A., FEARLESS SHIPPING & TRADING              :
S.A., BLUE WALL SHIPPING LTD.,                 :
PHOENIX SHIPPING & TRADING S.A.,               :
THALASSA HOLDINGS S.A.,                        :
ALASTOR MARINE S.A., GEORGE                    :
GOURDOMICHALIS, and EFSTATHIOS                 :
GOURDOMICHALIS,                                :
                                               :
                        Defendants.            :
-----------------------------------------------x
```

TO: U.S. Marshal of the Southern District of Texas, or to his lawful Deputy,

GREETINGS:

You are hereby commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to wit:

M/V FEARLESS (IMO 9228265), her engines, freights, apparel, appurtenances, tackle, etc.

And how you have executed this warrant that you make due and prompt return.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

WITNESS, THE HONORABLE JUDGES OF THIS COURT

at Houston, Texas, this 28th day of February, 2019

David Bradley, Clerk

By: _____
Deputy Clerk