United States District Court
Southern District of Texas
**ENTERED**
February 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

----------------------------------------------------x
PACIFIC GULF SHIPPING CO., :
:
              Plaintiff, :   CIVIL ACTION NO. H-19-CV-727
:
v. :   IN ADMIRALTY
:
ADAMASTOS SHIPPING & TRADING :   UNDER SEAL
S.A., VIGOROUS SHIPPING & TRADING :
S.A., FEARLESS SHIPPING & TRADING :
S.A., BLUE WALL SHIPPING LTD., :
PHOENIX SHIPPING & TRADING S.A., :
THALASSA HOLDINGS S.A., :
ALASTOR MARINE S.A., GEORGE :
GOURDOMICHALIS, and EFSTATHIOS :
GOURDOMICHALIS, :
:
              Defendants. :
----------------------------------------------------x

## ORDER ALLOWING THE VESSEL TO MOVE WITHIN PORT

Considering the foregoing Motion, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that while the M/V FEARLESS is attached pursuant to a writ of maritime attachment and garnishment, that it be allowed to use its engines and other equipment and to shift and to proceed to anchorage and to berth, to load and unload cargo, undergo repairs, and conduct its usual operations, all within the Southern District of Texas and within the jurisdiction of this Honorable Court.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the movement of the vessel.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the cargo loading/unloading operations of the vessel.

SIGNED in Houston, Texas, this FEB 2 8, 2019 day of February 2019.

_____
UNITED STATES DISTRICT JUDGE