IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAR 05 2019
David J. Bradley, Clerk of Court

| | |
|---|---|
| PACIFIC GULF SHIPPING CO., § § Plaintiff, § § vs. § § ADAMASTOS SHIPPING & TRADING § S.A., et al., § § Defendants. § | Civ. Act. No. 4:19-cv-727<br><br>Admiralty |

## DEFENDANT BLUE WALL SHIPPING LTD.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Blue Wall Shipping Ltd. ("Blue Wall"), submits the following corporate disclosure statement. Blue Wall has no parent corporation. Blue Wall's shareholders include funds managed by BlackRock Capital Investment Advisor, LLC, that own approximately 16.6% interests in Blue Wall. BlackRock Capital Investment Advisor, LLC is a wholly owned subsidiary of BlackRock, Inc., a publicly traded company (NYSE: BLK).

Dated: March 5, 2019

Respectfully submitted,

_____
Todd G. Crawford
Texas State Bar No. 05041050
Federal I.D. No. 15799
tcrawford@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

And

David B. Sharpe (*Pro Hac Vice Pending*)
dsharpe@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

Bruce G. Paulsen (*Pro Hac Vice Pending*)
paulsen@sewkis.com
Brian P. Maloney (*Pro Hac Vice Pending*)
maloney@sewkis.com
Shrey Sharma (*Pro Hac Vice Pending*)
sharma@sewkis.com
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendant Blue Wall Shipping Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served upon all counsel of record pursuant to Rule 5 of the Federal Rules of Civil Procedure on this 5th day of March, 2019.

/s/ Todd Crawford
Todd Crawford