IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAR 14 2019
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| PACIFIC GULF SHIPPING CO., | § § § § | |
| Plaintiff, | | |
| vs. | § § | Civ. Act. No. 4:19-cv-727 |
| ADAMASTOS SHIPPING & TRADING S.A., et al., | § § § § | Admiralty |
| Defendants. | § | |

## JOINDER OF BLUE WALL SHIPPING LIMITED TO FEARLESS SHIPPING'S RESPONSE TO PACIFIC'S MOTION FOR RECONSIDERATION

Defendant Blue Wall Shipping Limited ("Blue Wall"), subject to its restricted appearance under Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules") hereby joins in all parts of the Defendant Fearless Shipping & Trading S.A.'s ("Fearless Shipping") Response to Pacific's Motion for Reconsideration.

For the reasons set forth in Fearless Shipping and Blue Wall's prior submissions, as stated at last week's oral argument, and for the reasons set forth in Fearless Shipping's response filed today, Blue Wall respectfully requests that this Honorable Court vacate the attachment of the *M/V FEARLESS* and dismiss Pacific's Complaint.

Dated: March 14, 2019

Respectfully submitted,

_____
Todd G. Crawford
Texas State Bar No. 05041050
Federal I.D. No. 15799
tcrawford@lawla.com

1

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

And

David B. Sharpe (*Pro Hac Vice Pending*)
dsharpe@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

Bruce G. Paulsen (*Pro Hac Vice Pending*)
paulsen@sewkis.com
Brian P. Maloney (*Pro Hac Vice Pending*)
maloney@sewkis.com
Shrey Sharma (*Pro Hac Vice Pending*)
sharma@sewkis.com
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendant Blue Wall Shipping Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served upon all counsel of record pursuant to Rule 5 of the Federal Rules of Civil Procedure on this 14th day of March, 2019.

_____
Todd Crawford