IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PACIFIC GULF SHIPPING CO., § § Plaintiff, § § vs. § § ADAMASTOS SHIPPING & TRADING § S.A., et al., § § Defendants. § § § | C.A. No. 4:19-cv-727 Admiralty |

## ORDER KEEPING CERTAIN DOCUMENTS ON THE DOCKET CONFIDENTIAL AND UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Before the Court is the defendant, Fearless Shipping & Trading S.A.'s unopposed motion to keep certain documents currently on the sealed docket under seal in accordance with a Protective Order agreed to by the parties and the Court in the above-captioned matter. After having reviewed the motion and otherwise being fully advised, the Court is of the opinion that the motion is well-taken and should be granted.

It is therefore ORDERED that the motion to keep the following documents currently on the docket of this action "under seal" is granted. The Clerk is ordered to keep the following documents as confidential and under seal on the docket until further order of the Court:

| FILING | EXHIBIT NO. / BATES RANGE | REASON FOR MAINTAINING CONFIDENTIALITY |
|---|---|---|
| Plaintiff's Complaint | Ex. 24, Phoenix Shipping Bank Records, **VIG00952** | Exhibit contains a Defendant's bank account number and information |
| Fearless' Motion to Vacate | Ex. A, Fearless Shipping Bank Records, **FEA00126-530** | Exhibit contains a Defendant's bank account number and information |

154500.06501/118144768v.1

| Fearless' Motion to Vacate | Exhibit's 30-34 of Exhibit F, Transcript of Deposition of George Gourdomichalis, specifically Ex. 30 - Blue Wall BoD Report (**VIG01576-2012**); Ex. 31 - Blue Wall BoD Resolutions (**VIG02013-2230**); Ex. 32 - Deloitte Report on Blue Wall, **VIG05622-5832**; Ex. 33 - Auditor's Report and Financial statements for Blue Wall (**VIG05833-5950**); Ex. 34 - Auditor's Report and Financial statements for Vigorous Shipping (**VIG05951-6047**) | Exhibit contains a Defendant's corporate financial and accounting / auditing information |
|---|---|---|
| Fearless' Motion to Vacate | Ex. I, Phoenix Bank Records for 2014-2018 (**VIG00085-1005**) | Exhibit contains a Defendant's bank account number and information |
| Fearless' Motion to Vacate | Ex. J, Blue Wall Bank Records (**VIG03804-3931**); Phoenix and Adamastos Financial Documents (**VIG06231-6276**) | Exhibit contains a Defendant's bank account number and information |

It is so ORDERED. *All remaining documents may be un-sealed.* AHB

SIGNED at Houston, Texas on this APR 0 5 2019 day of March, 2019

The Hon. Alfred H. Bennett
United States District Judge