United States District Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PACIFIC GULF SHIPPING CO. and MICHAEL ELSE & COMPANY LTD., § § § vs. § § ADAMASTOS SHIPPING & TRADING § S.A., et al. § § | C.A. No. 4:19-cv-727  Admiralty |

## ORDER TO DISBURSE FUNDS

In connection with the Court's prior Order [Dkt. 102] entering final judgment in favor of Defendants Blue Wall Shipping Limited and Fearless Shipping & Trading S.A., the Court hereby **VACATES** its prior Order of Attachment [Dkt. 5] and **ORDERS** the Clerk of the Court to promptly disburse all funds currently in the Registry of the Court concerning this matter (both principal and interest) to Defendant Fearless Shipping & Trading S.A, care of its attorneys Blank Rome LLP.

**ORDERED** on this ___ day of AUG 1 0 2021, 2021.

The Honorable Alfred H. Bennett
United States District Judge



155486.06500/126349315v.1